IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOWER BRIDGE ADVISORS, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **JAMES T. VOGT et al.,** | : | |
| *Defendants* | : | **NO.  23-2007** |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** (Docket No. 2) is scheduled to be held on **JUNE 27, 2023**, at **10:00 a.m.** in **Courtroom 10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: June 9, 2023**
**Copies sent via ECF notification.**