AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania ▼

| Tower Bridge Advisors, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-02007-GEKP |
| James T. Vogt and Jean McDevitt | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants James T. Vogt and Jean McDevitt                                                                                   .

Date:    06/09/2023

/s/ Benjamin E. Widener
*Attorney's signature*

Benjamin E. Widener / #202569
*Printed name and bar number*
Constangy, Brooks, Smith & Prophete, LLP
100 Charles Ewing Boulevard, Suite 140
Ewing, NJ 08628

*Address*

bwidener@constangy.com
*E-mail address*

(609) 357-1187
*Telephone number*

(609) 844-1102
*FAX number*