**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOWER BRIDGE ADVISORS, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **VOGT et al.,** | : | |
| *Defendants* | : | **NO.   23-2007** |

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** in the above matter has been scheduled for **June 20, 2023, at 1:30 p.m**. before the Honorable Gene E.K. Pratter in **Chambers, Room 10613**, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

At the conference, counsel should be prepared to present pre-hearing memoranda outlining the following information related to the June 27, 2023 hearing: (1) the names of anticipated witnesses, (2) the substance of the expected testimony, (3) a description of exhibits, (4) whether counsel have complied with the Federal Rules of Civil Procedure as to third party witnesses, and (5) whether opposing counsel has had an opportunity to depose witnesses in advance of the scheduled hearing.

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: June 14, 2023**
**Copies sent by ECF notification.**