IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOWER BRIDGE ADVISORS, INC.** : | **CIVIL ACTION** |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| **JAMES T. VOGT et al.,** : | **NO. 23-2007** |
| *Defendants* : | |

## NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **June 23, 2023** at **11:00 a.m.** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 888-684-8852, then enter 3051753# to be connected with the Judge.

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: June 22, 2023**
**Copies sent via ECF notification**