IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TOWER BRIDGE ADVISORS, INC., | CIVIL ACTION |
| *Plaintiff,* | No. 2:23-cv-02007 (GEKP) |
| v. |  |
| JAMES T. VOGT and JEAN MCDEVITT, |  |
| *Defendants.* |  |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, on consideration of Non-Party Lyn Davis' Application for Fees and Costs, and any response thereto, it is hereby ORDERED that the Application is GRANTED. It is further ordered that Plaintiff Tower Bridge Advisors, Inc. shall pay the amount of $4,542.00 in fees and $40.00 in costs, for a total of $4,582.00, via check made payable to Ms. Lyn Davis, in care of her counsel, Hangley Aronchick Segal Pudlin & Schiller, One Logan Square, 27th Floor, Philadelphia, PA 19103, within 10 days of the date of this Order.

BY THE COURT:

_____
HON. GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| TOWER BRIDGE ADVISORS, INC., | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | No. 2:23-cv-02007 (GEKP) |
| | : | |
| v. | : | |
| | : | |
| JAMES T. VOGT and JEAN MCDEVITT, | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

## NON-PARTY LYN DAVIS' APPLICATION FOR ATTORNEYS' FEES AND COSTS

1. Pursuant to the Court's June 22, 2023 Order (ECF 13, "Order"), non-party Lyn Davis respectfully submits this Application for attorneys' fees and costs related to the filing of her Motion to Quash Subpoena (ECF 11, "Motion").

2. Through June 22, 2023, this law firm incurred time in the amount of 13.90 hours of attorney time and 1.40 hours of paralegal time. Specifically, undersigned counsel reviewed the subpoena and the filings in this matter; researched District Court decisions applying Fed. R. Civ. P. 45; drafted a letter to plaintiff's counsel identifying deficiencies in the subpoena and requesting that it be withdrawn ahead of the Court's June 20, 2023 status conference (*see* Ex. B to Motion, ECF 11), at which conference the Court stated it would address the parties' compliance with Rule 45 (*see* ECF 9); drafted the Motion to Quash (ECF 11); drafted related correspondence with the Court; and prepared for the possibility of oral argument on the Motion. Each of these efforts was reasonable and necessary to appropriately oppose the subpoena issued to Ms. Davis. This total excludes any time spent preparing this Application. A chart of time

entries for this matter is attached as Exhibit A.  The accompanying narrative descriptions are omitted on the basis of attorney-client privilege and the work product doctrine.

3. Separately, this firm incurred a total of $40.00 in costs relating to courier services for document collection.  Documentation of such costs is attached as Exhibit B.  The costs in the invoice that relate to other matters and the identifying information for Ms. Davis and the courier are redacted.

4. At the hourly rates of $700.00 for Mr. Aronchick, $425.00 for Mr. Erdlen, and $200.00 for paralegals, the total amount of fees would be $6,517.50.  This Application seeks only **$4,542.00 in fees and $40.00 in costs**, representing a deduction of all of Mr. Aronchick's time and 20% of the remaining time.  Ms. Davis is a friend of several lawyers in our firm (including Mr. Aronchick), as was her late husband, Alan Davis.  The firm has not yet determined what amount would actually be invoiced for our work.

WHEREFORE, Ms. Davis respectfully requests that the Court grant her Application for Fees and Costs.  A proposed order is attached.

Respectfully submitted,

Dated:  June 29, 2023

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:    /s/ *Andrew M. Erdlen*
Mark A. Aronchick (Atty. I.D. No. 20261)
maronchick@hangley.com
Andrew M. Erdlen (Atty. I.D. No. 320260)
aerdlen@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200
(215) 568-0300 (facsimile)

*Attorneys for Ms. Lyn Davis*

# EXHIBIT A

**EXHIBIT A TO APPLICATION OF NON-PARTY LYN DAVIS FOR FEES AND COSTS**

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 06/16/23 | Andrew Erdlen | 0.90 | 382.50 |
| 06/16/23 | Mark A. Aronchick | 0.20 | 140.00 |
| 06/16/23 | Ryan Throckmorton | 0.60 | 120.00 |
| 06/17/23 | Andrew Erdlen | 1.00 | 425.00 |
| 06/18/23 | Mark A. Aronchick | 0.50 | 350.00 |
| 06/19/23 | Andrew Erdlen | 7.70 | 3,272.50 |
| 06/19/23 | Mark A. Aronchick | 0.50 | 350.00 |
| 06/19/23 | Ryan Throckmorton | 0.10 | 20.00 |
| 06/20/23 | Andrew Erdlen | 2.60 | 1,105.00 |
| 06/20/23 | Ryan Throckmorton | 0.50 | 100.00 |
| 06/22/23 | Andrew Erdlen | 0.50 | 212.50 |
| 06/22/23 | Ryan Throckmorton | 0.20 | 40.00 |

| Timekeeper | | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| Mark A. Aronchick | Attorney | 1.20 | hrs at | $ 700 | / hr | 840.00 |
| Andrew Erdlen | Attorney | 12.70 | hrs at | $ 425 | / hr | 5,397.50 |
| Ryan Throckmorton | Paralegal | 1.40 | hrs at | $ 200 | / hr | 280.00 |
| **Total Professional Charges** | | | | | | **6,517.50** |

# EXHIBIT B

# HARRY GORDON, LEGAL COURIER

# INVOICE

Date 06/25/23
Invoice # HA23-281

███████████
███████████
███████████
███████████████

**Bill To:**

Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103

| Date | Attorney | Client Matter | Service | Description/Adddress | City/State | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ |  | ███ | ██████████████ |  | █ ███ |
| ███ | ██ | ███ | ████ | ████████ | ██████ | █ ███ |
| ███ | ██ | ███ | █ | ███████ | ████ | █ ███ |
| ███ | ██ | ███ | ██ | ████████ | ████ | █ ███ |
| 06/20/23 | AME | 99999-001 | Pu | L Davis, ████████ | Philadelphia, PA | $ 40.00 |
| ███ | ██ | ███ | ████ | █████████████ | ██████ | █ ███ |
| ███ | ██ | ███ | ██ | ██████████████ | ██████ | █ ███ |
| ███ | ██ |  | ████ | ████████ |  | █ ███ |
| ███ | ██ | ███ | ██ | ██████████ | ██████ | █ ███ |
| ███ | ██ | ███ | █ | ██████████ | ██████ | █ ███ |
| ███ | ██ |  | ████ | ████████████████████ |  | █ ███ |
| ███ | ██ | ███ | █ | ██████████████ | ██████ | █ ███ |

Amount Due  ██████

Make all checks payable to HARRY GORDON.

Thank you for your business

## **CERTIFICATE OF SERVICE**

    I, Andrew M. Erdlen, certify that on June 29, 2023, I caused to be served a true and correct copy of the foregoing Non-Party Lyn Davis' Application for Fees and Costs to be electronically filed and served via the Court's CM/ECF system on all attorneys of record in this matter.

                                                             */s/ Andrew M. Erdlen*
                                                             Andrew M. Erdlen
                                                             *Counsel for Non-Party Lyn Davis*