IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOWER BRIDGE ADVISORS, INC., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| JAMES T. VOGT *et al.*, *Defendants* | : : | No. 23-2007 |

## ORDER

AND NOW, this 18th day of July, 2023, upon consideration of Movant Lyn Davis's Application for Attorneys' Fees and Costs (Doc. No. 19) and Plaintiff Tower Bridge Advisors, Inc.'s Opposition (Doc. No. 20), it is **ORDERED** that Ms. Davis shall file a reply brief on or before **July 24, 2023**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1