UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TOWER BRIDGE ADVISORS, INC.,

    *Plaintiff*,

v.

JAMES T. VOGT, JEAN MCDEVITT, and PINE VALLEY INVESTMENTS, LLC,

    *Defendants*,

---

JAMES T. VOGT and JEAN McDEVITT,

    *Counter-Claimants / Third-Party Plaintiffs*,

v.

TOWER BRIDGE ADVISORS, INC.,

    *Counter-Defendant,*

and

MARIS A. OGG, and JAMES M. MEYER,

    *Third-Party Defendants.*

CIVIL ACTION

CASE NO.: 2:23-cv-02007-GEKP

## NOTICE OF APPEARANCE

TO:    THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

    Please enter the appearance of John E. MacDonald as attorney for Defendants / Third Party Plaintiffs James T. Vogt and Jean McDevitt, in the above-captioned action.

10041032v1

Dated: August 25, 2023

        By: */s/ John E. MacDonald*
           John E. MacDonald (ID 82828)
           Constangy, Brooks, Smith & Prophete LLP
           100 Charles Ewing Boulevard, Suite 140
           Ewing, New Jersey 08628
           Telephone: (609) 357-1183
           Facsimile: (609) 357-1196
           E-mail: jmacdonald@constangy.com
           *Attorneys for Defendants / Third Party Plaintiffs*
           *James T. Vogt and Jean McDevitt*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be filed with the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

Mark S. Haltzman, Esquire
Kevin D. McGowan, Jr., Esquire
Silverang, Rosenzweig & Haltzman, LLC
Woodlands Center
900 East 8th Ave., Suite 3000
King of Prussia, PA 19406
MHaltzman@sanddlawyers.com
KMcgowan@sanddlawyers.com

*Attorneys for Plaintiff / Counter-Defendant Tower Bridge Advisors, Inc. and Third-Party Defendants Maris A. Ogg and James M. Meyer*

Date: August 25, 2023          By:     */s/ John E. MacDonald*
                                       John E. MacDonald

10041032v1