UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOWER BRIDGE ADVISORS, INC.,<br>   *Plaintiff*,<br><br> v.<br><br>JAMES T. VOGT, JEAN MCDEVITT, and PINE VALLEY INVESTMENTS, LLC,<br><br>   *Defendants*,<br><br>---<br><br>JAMES T. VOGT and JEAN McDEVITT,<br><br>   *Counter-Claimants /*<br>   *Third-Party Plaintiffs*,<br><br> v.<br><br>TOWER BRIDGE ADVISORS, INC.,<br><br>   *Counter-Defendant*,<br><br>and<br><br>MARIS A. OGG, and JAMES M. MEYER,<br><br>   *Third-Party Defendants*. | **CIVIL ACTION**<br><br>**CASE NO.: 2:23-cv-02007-GEKP** |

## **WITHDRAWAL OF APPEARANCE**

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

 Please withdraw my appearance on behalf of Defendants / Counter-Claimants / Third-Party Plaintiffs James T. Vogt and Jean McDevitt in the above-captioned action.

10043887v1

Dated: August 25, 2023

By: */s/ Benjamin Widener*
Benjamin E. Widener (ID 202569)
Constangy, Brooks, Smith & Prophete LLP
100 Charles Ewing Boulevard, Suite 140
Ewing, New Jersey 08628
Telephone: (609) 357-1187
Facsimile: (609) 844-1102
E-mail: bwidener@constangy.com

*Attorneys for Defendants / Counter-Claimants / Third Party Plaintiffs James T. Vogt and Jean McDevitt*

10043887v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a copy of the foregoing **WITHDRAWAL OF APPEARANCE** to be filed with the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

Mark S. Haltzman, Esquire
Kevin D. McGowan, Jr., Esquire
Silverang, Rosenzweig & Haltzman, LLC
Woodlands Center
900 East 8th Ave., Suite 3000
King of Prussia, PA 19406
MHaltzman@sanddlawyers.com
KMcgowan@sanddlawyers.com

*Attorneys for Plaintiff / Counter-Defendant Tower Bridge Advisors, Inc. and Third-Party Defendants Maris A. Ogg and James M. Meyer*

Date: August 25, 2023                                    By: */s/ Benjamin Widener*
                                                                                Benjamin E. Widener

10043887v1