<u>Exhibit 1</u> to Global Mutual Release
and Settlement Agreement
<u>TO BE FILED WITHIN TEN (10) DAYS
OF EXECUTION DATE</u>

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOWER BRIDGE ADVISORS, INC., <br> *Plaintiff/ Counterclaim Defendant,* <br><br> v. <br><br> JAMES T. VOGT *and* JEAN MCDEVITT <br> *Defendants/ Counterclaim Plaintiffs,* <br><br> *and* <br><br> PINE VALLEY INVESTMENTS, LIMITED LIABILITY COMPANY, <br> *Defendants.* | CIVIL ACTION <br><br> Case No. 2:23-CV-02007-GEKP <br><br> NOTICE OF SETTLEMENT |
| JAMES T. VOGT *and* JEAN MCDEVITT <br> *Third-Party Plaintiffs,* <br><br> v. <br><br> MARIS A. OGG *and* JAMES M. MEYER <br> *Third-Party Defendants.* | |

**THE PARTIES TO THE ABOVE-CAPTIONED MATTER,** by and through their respective undersigned counsel, hereby notify the Court that the Parties have settled all claims between them relative to the above-captioned matter and are in the process of performing their settlement obligations.

In light of the aforementioned settlement, the Parties request that the Court adjourn all deadlines and enter an order dismissing the action, with prejudice, without costs, but with leave to vacate, modify, or strike the dismissal from the record for good cause shown, upon the application

of any party if served within ninety (90) days of the entry of such order of dismissal, pursuant to Local Rule of Civil Procedure 41.1(b). A proposed form of order follows for the convenience of the Court.

DATED: 1-8-24

*Respectfully submitted,*

**SILVERANG, ROSENZWEIG,**
**& HALTZMAN, LLC**

Mark S. Haltzman, Esquire
Kevin D. McGowan, Jr., Esquire
PA ID Nos. 38957 / 324196
900 E. Eighth Ave, Suite 300
King of Prussia, Pa 19406
*Attorneys for Tower Bridge Advisors, Inc.,*
*Maris A. Ogg, and James M. Meyer*

**CONSTANGY, BROOKS,**
**SMITH & PROPHETE, LLP**

John E. MacDonald
Pa ID No. 82828
Princeton South Corporate Center
100 Charles Ewing Blvd., Suite 140
Ewing, NJ 08628
*Attorneys for James T. Vogt and*
*Jean McDevitt*

**LEX NOVA LAW, LLC**

Jason M. Saruya, Esquire
PA ID No. 324500
1845 Walnut Street, 22nd Floor
Philadelphia, Pa 19103
*Attorneys for Pine Valley Investments,*
*Limited Liability Company*